UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __6__

---

*Gibbins*

-v-

*Nextel Communications Inc.*

U.S.C.A. # _____

U.S.D.C. # __08-cv-5075__

JUDGE: __KMW__

DATE: __JULY 21, 2008__

[Stamp: U.S. DISTRICT COURT FILED JUL 21 2008 S.D. OF N.Y.]

## INDEX TO THE RECORD ON APPEAL

**PREPARED BY (NAME):** THOMAS R. PISARCZYK
**FIRM:** U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
**ADDRESS:** 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
**PHONE NO.:** (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------------

**DOCUMENT DESCRIPTION**                                            **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(√) Original Record                                  (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 21ST Day of July, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------
*Bibbins*

-v-

*Nextel Communications Inc.*
------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # *08-cv-5075*

JUDGE: *KMW*

DATE: _____JULY 21, 2008_____

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                    Document Description

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 21ST Day of July In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 233RD year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:08-cv-05075-KMW
## Internal Use Only

Bibbins v. Nextel Communications Inc. et al
Assigned to: Judge Kimba M. Wood
Demand: $9,999,000
Cause: 42:1983 Civil Rights Act

Date Filed: 06/03/2008
Date Terminated: 06/03/2008
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/03/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Eric Bibbins.(laq) (Entered: 06/18/2008) |
| 06/03/2008 | 2 | COMPLAINT against John Doe(a State Police Officer who executed arrest warrant on May 25, 2005 at 6:00am in his official/individual capacity), John Doe(who is a Task Force member of Spring Valley Police Department, who executed an arrest warrant on May 25, 2005, official/individual capacity), John Doe(who is a Task Force member of the Spring Valley Police Department, who executed an arrest warrant on May 25, 2005, official/individual capacity), John Doe(who is Task Force member of the Spring Valley Department, who executed an arrest warrant on May 25, 2005, official/individual capacity), Nextel Communications Inc., Gary Heauner, Dominic Crespo, Kevin Freeman, John Doe(Head of NY State Police Drug Task Force who worked on May 25, 2005, at 6am during warrant execution in his official/individual capacity), John Doe, John Doe(a State Police Officer who executed arrest warrant on May 25,2005 at 6:00am in his official/individual capacity), John Doe(a State Police Officer who executed arrest warrant on May 25,2005 at 6:00am in his official capacity). Document filed by Eric Bibbins.(laq) (Entered: 06/18/2008) |
| 06/03/2008 |  | Magistrate Judge Debra Freeman is so designated. (laq) (Entered: 06/18/2008) |
| 06/03/2008 | 3 | ORDER OF DISMISSAL,I grant plaintiff's request to proceed in forma pauperis but dismiss the complaint for the reasons set forth. Accordingly, the complaint filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed pursuant to 28 U.S.C. 1915(e)(2)(B)(II).Since I hold that the portions of the complaint which were treated as a petition for habeas corpus relief makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 6/3/08) (laq) (Entered: 06/18/2008) |
| 06/03/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 6/3/08) (laq) (Entered: 06/18/2008) |
| 07/02/2008 | 5 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Complaint), 3 Order Dismissing Complaint (I.F.P.). Document filed by Eric Bibbins. (tp) (Entered: 07/18/2008) |
| 07/02/2008 |  | Appeal Remark as to 5 Notice of Appeal filed by Eric Bibbins. $455.00 APPEAL FEE DUE. IFP REVOKED 6/3/08. (tp) (Entered: 07/18/2008) |
| 07/18/2008 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 07/18/2008) |
| 07/18/2008 |  | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 07/18/2008) |